IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **TIA MATTHEWS**, <br><br> Plaintiff, <br><br> -v- <br><br> **UPS UNITED PARCEL SERVICE,** <br><br> Defendant. | No. 1:21-CV-04692 <br><br> Judge Ronald A. Guzman |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Tia Matthews and Defendant United Parcel Service, Inc., by and through their undersigned counsel, hereby stipulate that all matters in dispute between them in the above-captioned case have been resolved pursuant to a written settlement agreement executed by the parties and further stipulate that the above-captioned action should be dismissed with prejudice pursuant to Federal Rule 41(a)(1)(A), with each party to bear its own fees and costs. Furthermore, the parties request that this Court retain jurisdiction for the purpose of enforcing the terms of the parties' confidential settlement agreement.

| | |
|---|---|
| DATE: February 28, 2023 | Respectfully Submitted, |
| TIA MATTHEWS | UNITED PARCEL SERVICE, INC. |
| By:/s/ *Michael J. Hernandez (by permission)* <br> One of Her Attorneys | By:/s/ *Todd M. Church* <br> One of Its Attorneys |
| Michael J. Hernandez <br> Franczek, P.C. <br> 300 S. Wacker Drive, Suite 3400 <br> Chicago, IL 60606 | Todd M. Church (#6281176) <br> Yara Mroueh (#6324386) <br> LITTLER MENDELSON, P.C. <br> 321 North Clark Street, Suite 1100 <br> Chicago, Illinois 60654 <br> 312.372.5520 |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that, on February 28, 2023, he caused a copy of the foregoing *Joint Stipulation of Dismissal* to be filed electronically with the Clerk of the U.S. District Court, Northern District of Illinois, using the CM/ECF system which will send notification of the filing to all parties of record.

          /s/Todd M. Church
*One of Defendant's Attorneys*