**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Tia Matthews

                                Plaintiff,

v.                                            Case No.: 1:21–cv–04692
                                                Honorable Ronald A. Guzman

UPS United Parcel Service

                                Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 28, 2023:

        MINUTE entry before the Honorable Ronald A. Guzman: Pursuant to the parties' joint stipulation of dismissal [48], this case is dismissed with prejudice, with each party to bear its own fees and costs. The parties' "request that the Court retain jurisdiction for the purpose of enforcing the terms of the parties' confidential settlement agreement" is denied. See Dupuy v. McEwen, 495 F.3d 807, 809 (7th Cir. 2007) ("[W]hen a suit is dismissed with prejudice, it is gone, and the district court cannot adjudicate disputes arising out of the settlement that led to the dismissal merely by stating that it is retaining jurisdiction."). All future dates are stricken. Civil case terminated. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.